CHILDS v. CHILDS.

(Supreme Court, Appellate Division, First Department. April 7, 1911.)

PLEADING (§ 350*)—MOTION FOR JUDGMENT ON THE PLEADINGS—MOTION BEFORE ISSUE.

Under Code Civ. Proc. § 547, which provides that, if either party is entitled to judgment on the pleadings, the court may, upon motion at any time after issue joined, give judgment accordingly, a motion by defendant for judgment on the pleadings, made after an amended complaint had been served, to which he had neither answered nor demurred, is prematurely made.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 1070–1077; Dec. Dig. § 350.*]

Appeal from Special Term, New York County.

See, also, 128 N. Y. Supp. 782.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, MILLER, and DOWLING, JJ.

W. W. Niles, for appellant.

Edwin R. Leavitt, for respondent.

SCOTT, J. Defendant's motion for judgment on the pleadings was properly denied, because it was premature. An amended complaint had been served, but it had not been answered or demurred to. Consequently the cause was not at issue, and there were, properly speaking, no pleadings upon which an order for judgment could be based. Section 547, Code of Civil Procedure, clearly contemplates that a motion under it shall be made only when the cause is at issue, and it would have been a simple matter for defendant to have served an answer, or demurred, and then have made his motion.

The order appealed from must be affirmed, with $10 costs and disbursements. All concur.

---

## CHILDS v. CHILDS.

(Supreme Court, Appellate Division, First Department. April 7, 1911.)

1. MOTIONS (§ 43*)—RENEWAL—LEAVE TO RENEW.
 Where defendant's motion to vacate an order for his examination before trial has been denied, he must obtain leave of court in order to renew the motion.
 [Ed. Note.—For other cases, see Motions, Cent. Dig. §§ 55, 56; Dec. Dig. § 43.*]

Appeal from Special Term, New York County.

Action by Irving W. Childs against Eversley Childs, individually and as sole trustee under the last will and testament of William H. H. Childs, deceased. From an order denying a motion to vacate an order for examination of defendant before trial, defendant appeals. Order reversed in part, and otherwise affirmed.

See, also, 140 App. Div. 906, 125 N. Y. Supp. 1115; 128 N. Y. Supp. 781.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, MILLER, and DOWLING, JJ.

Wm. W. Niles, for appellant.

Edwin R. Leavitt, for respondent.